UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LAURENCE MIDLER, as trustee of the Laurence and Shari Midler Trust; et al.,

Plaintiffs - Petitioners,

v.

NINKASI HOLDING COMPANY, INC., an Oregon corporation; et al.,

Defendants - Respondents.

No. 26-4396

D.C. No.
6:26-cv-00496-MC
District of Oregon,
Eugene

ORDER

Before: VANDYKE and SUNG, Circuit Judges.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1453(c); *Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (describing factors this court considers in analyzing a CAFA petition).